Arnold B. Calmann (abc@saiber.com)
Jane Jhun (jj@saiber.com)
**SAIBER LLC**
One Gateway Center
13th Floor
Newark, NJ 07102-5311
Tel: 973.622.3333
Fax: 973.622.3349

Of Counsel:
Jeffrey S. Ward (jsward@michaelbest.com)
Thomas P. Heneghan (tpheneghan@michalbest.com)
Shane A. Brunner (sabrunner@michaelbest.com)
Edward J. Pardon (ejpardon@michaelbest.com)
**MICHAEL BEST & FRIEDRICH LLP**
One South Pinckney Street
P.O. Box 1806
Madison, WI 53701-1806
Tel: 608.257.3501
Fax: 608.283.2275

Attorneys for Defendants
Aurobindo Pharma Limited and
Aurobindo Pharma USA, Inc.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA UK LIMITED,
IPR PHARMACEUTICALS, INC., and
SHIONOGI SEIYAKU KABUSHIKI
KAISHA,

Plaintiffs,

v.

AUROBINDO PHARMA LIMITED, and
AUROBINDO PHARMA USA, INC.,

Defendants.

Case No. 07-CV-06020 (MLC)(JJH)

**DEMAND FOR JURY TRIAL**

**AUROBINDO PHARMA LIMITED, AND AUROBINDO PHARMA USA, INC.'S DISCLOSURE <u>PURSUANT TO FED. R. CIV. P. 7.1</u>**

***DOCUMENT ELECTRONICALLY FILED***

Pursuant to Fed. R. Civ. P. 7.1(a), Defendants state that Aurobindo Pharma Limited, a publicly-held company, is the ultimate parent company of Aurobindo Pharma USA, Inc. No other publicly-held corporation owns 10% or more of the stock of Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc.

Dated: January 31, 2008.

Respectfully submitted,
**SAIBER, LLC**
Attorneys for Defendants
Aurobindo Pharma Limited and
Aurobindo Pharma USA, Inc.

/s/ Arnold B. Calmann

Arnold B. Calmann
Jane Jhun
One Gateway Center
13th Floor
Newark, NJ 07102-5311
Tel: 973.622.3333
Fax: 973.622.3349

abc@saiber.com
jj@saiber.com

Of Counsel:

Jeffrey S. Ward
Thomas P. Heneghan
Shane A. Brunner
Edward J. Pardon

**MICHAEL BEST & FRIEDRICH LLP**
One South Pinckney Street
P.O. Box 1806
Madison, WI 53701-1806
Tel: 608.257.3501
Fax: 608.283.2275

jsward@michaelbest.com
tpheneghan@michaelbest.com
sabrunner@michaelbest.com
ejpardon@michaelbest.com