Arnold B. Calmann (abc@saiber.com)
Jane Jhun  (jj@saiber.com)
**SAIBER LLC**
One Gateway Center
13th Floor
Newark, NJ 07102-5311
Tel: 973.622.3333
Fax: 973.622.3349

Of Counsel:
Jeffrey S. Ward (jsward@michaelbest.com)
Thomas P. Heneghan (tpheneghan@michalbest.com)
Shane A. Brunner (sabrunner@michaelbest.com)
Edward J. Pardon (ejpardon@michaelbest.com)
**MICHAEL BEST & FRIEDRICH LLP**
One South Pinckney Street
P.O. Box 1806
Madison, WI  53701-1806
Tel: 608.257.3501
Fax: 608.283.2275

Attorneys for Defendants
Aurobindo Pharma Limited and
Aurobindo Pharma USA, Inc.

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>AUROBINDO PHARMA LIMITED, and AUROBINDO PHARMA USA, INC.,<br><br>Defendants. | Case No. 07-CV-06020 (MLC)(JJH)<br><br>**NOTICE OF MOTION TO DISMISS FOR LACK OF SUBJECT <u>MATTER JURISDICTION</u>**<br><br>Motion Return Date:  March 3, 2008<br><br>**DEMAND FOR ORAL ARGUMENT**<br><br>*DOCUMENT ELECTRONICALLY FILED* |

TO: Andrew T. Berry, Esq.
Jonathan M.H. Short, Esq.
**MCCARTER & ENGLISH LLP**
Fourth Gateway Center
100 Mulberry Street
Newark, NJ 07102

*Of Counsel*

Ford F. Farabow, Esq.
Charles E. Lipsey, Esq.
York M. Faulkner, Esq.
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER L.L.P.**
901 New York Avenue, N.W.
Washington, D.C. 20001

Henry J. Renk, Esq.
**FITZPATRICK, CELLA, HARPER & SCINTO**
30 Rockefeller Plaza
New York, NY 10112

**PLEASE TAKE NOTICE** that on March 3, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendants Aurobindo Pharma Limited ("Aurobindo India") and Aurobindo Pharma USA, Inc. ("Aurobindo USA"), by and through their attorneys, Saiber LLC and Michael Best & Friedrich LLP, shall appear before the Honorable Mary L. Cooper, U.S.D.J., and shall move for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(1), dismissing the Complaint (D.I. 1) against Aurobindo USA, and for an Order dismissing Count II of the Complaint (D.I. ¶¶26-31) against Aurobindo India.

In support of its Motion, Aurobindo USA and Aurobindo India rely upon their Brief, the Declaration of Dr. S. Padmaja, filed concurrently herewith, any reply papers in support thereof, and oral argument, which is respectfully requested herein.

In addition, Aurobindo USA and Aurobindo India also have enclosed proposed orders for

- 3 -

the Court's consideration.

Dated:  January 31, 2008              Respectfully submitted,


                                      /s/ Arnold B. Calmann
                                      Arnold B. Calmann
                                      Jane Jhun

                                      **SAIBER LLC**
                                      One Gateway Center
                                      13th Floor
                                      Newark, NJ 07102-5311
                                      Tel: 973.622.3333
                                      Fax: 973.622.3349

                                      abc@saiber.com
                                      jj@saiber.com

                                      Of Counsel:
                                      Jeffrey S. Ward
                                      Thomas P. Heneghan
                                      Edward J. Pardon

                                      **MICHAEL BEST & FRIEDRICH LLP**
                                      One South Pinckney Street
                                      P.O. Box 1806
                                      Madison, WI  53701-1806
                                      Tel: 608.257.3501
                                      Fax: 608.283.2275

                                      jsward@michaelbest.com
                                      tpheneghan@michaelbest.com
                                      ejpardon@michaelbest.com


                                      Attorneys for Defendants
                                      Aurobindo Pharma Limited and
                                      Aurobindo Pharma USA, Inc.

Arnold B. Calmann (abc@saiber.com)
Jane Jhun  (jj@saiber.com)
**SAIBER LLC**
One Gateway Center
13th Floor
Newark, NJ 07102-5311
Tel: 973.622.3333
Fax: 973.622.3349

Of Counsel:
Jeffrey S. Ward (jsward@michaelbest.com)
Thomas P. Heneghan (tpheneghan@michalbest.com)
Shane A. Brunner (sabrunner@michaelbest.com)
Edward J. Pardon (ejpardon@michaelbest.com)
**MICHAEL BEST & FRIEDRICH LLP**
One South Pinckney Street
P.O. Box 1806
Madison, WI  53701-1806
Tel: 608.257.3501
Fax: 608.283.2275

Attorneys for Defendants
Aurobindo Pharma Limited and
Aurobindo Pharma USA, Inc.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA, <br><br>  Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA LIMITED, and AUROBINDO PHARMA USA, INC., <br><br> Defendants. | Case No. 07-CV-06020 (MLC)(JJH) <br><br> **ORDER TO DISMISS** <br><br> Motion Return Date:  March 3, 2008 <br><br> *DOCUMENT ELECTRONICALLY FILED* |

**THIS MATTER** having been opened to the Court by Defendants Aurobindo Pharma

- 2 -

USA, Inc., and Aurobindo Pharma Limited, by and through their attorneys, Saiber LLC and Michael Best & Friedrich LLP, in connection with their Motion to Dismiss for Lack of Subject Matter Jurisdiction, the Court having considered all papers filed in support of and in opposition to Defendants' Motion; and the Court having considered oral argument, if any; and the Court having considered the pleadings in this matter; and for other and good cause having been shown,

**IT IS** on this ___ day of _____ 2008;

**ORDERED** as follows:

(1) Aurobindo Pharma USA, Inc.'s Motion to Dismiss the Complaint (D.I. 1) in this matter is granted; and

(2) Aurobindo Pharma Limited's Motion to Dismiss Count II of the Complaint (D.I. at ¶26-31) in this matter is granted.

                                                  **HONORABLE MARY L. COOPER**
                                                  **UNITED STATES DISTRICT JUDGE**

Case 1:08-cv-00359-JJF-LPS    Document 6-3    Filed 01/31/2008    Page 1 of 1

## CERTIFICATE OF SERVICE

I, Arnold B. Calmann, hereby certify that on the 31st day of January 2008, a true and correct copy of Defendants Motion to Dismiss For the Lack of Subject Matter Jurisdiction was served to the following counsel of record via electronic mail:

Andrew T. Berry, Esq.
Jonathan M.H. Short, Esq.
**MCCARTER & ENGLISH LLP**
Fourth Gateway Center
100 Mulberry Street
Newark, NJ  07102

Email:
aberry@mccarter.com
jshort@mccarter.com

Ford F. Farabow, Esq.
Charles E. Lipsey, Esq.
York M. Faulkner, Esq.
**FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER L.L.P.**
901 New York Avenue, N.W.
Washington, D.C.  20001

Email:
ford.farabow@finnegan.com
charles.lipsey@finnegan.com
york.faulkner@finnegan.com

Henry J. Renk, Esq.
**FITZPATRICK, CELLA, HARPER & SCINTO**
30 Rockefeller Plaza
New York, NY  10112

Email:
hrenk@fchs.com

                                                           /s/  Arnold B. Calmann
                                                           Arnold B. Calmann

Dated: January 31, 2008