```
```
Case 1:08-cv-00359-JJF-LPS    Document 10    Filed 02/01/2008    Page 1 of 2

Arnold B. Calmann (abc@saiber.com)
Jane Jhun  (jj@saiber.com)
**SAIBER LLC**
One Gateway Center
13th Floor
Newark, NJ 07102-5311
Tel: 973.622.3333
Fax: 973.622.3349

Of Counsel:
Jeffrey S. Ward (jsward@michaelbest.com)
Thomas P. Heneghan (tpheneghan@michalbest.com)
Shane A. Brunner (sabrunner@michaelbest.com)
Edward J. Pardon (ejpardon@michaelbest.com)

**MICHAEL BEST & FRIEDRICH LLP**
One South Pinckney Street
P.O. Box 1806
Madison, WI  53701-1806
Tel: 608.257.3501
Fax: 608.283.2275

Attorneys for Defendants
Aurobindo Pharma Limited and
Aurobindo Pharma USA, Inc.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>        Plaintiffs,<br>  v.<br><br>AUROBINDO PHARMA LIMITED, and AUROBINDO PHARMA USA, INC.,<br><br>        Defendants. | Case No. 07-CV-06020 (MLC)(JJH)<br><br>**NOTICE OF APPEARANCE**<br>**OF JANE JHUN, ESQ.**<br><br>*DOCUMENT ELECTRONICALLY FILED* |

       **PLEASE TAKE NOTICE** that Defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc. ("defendants") are represented by the firm of Saiber LLC.  Jane Jhun hereby enters her appearance as counsel of record on behalf of defendants.  Accordingly,

{00513839.DOC}

defendants respectfully requests that any future Notices of Electronic Filing related to this case be forwarded to Jane Jhun at (jj@saiber.com).

                Respectfully submitted,

                s/ Jane Jhun
                Jane Jhun
                Jane Jhun
                **SAIBER LLC**
                One Gateway Center, 13th Floor
                Newark, New Jersey 07102
                (973) 622-3333

                Of Counsel:
                Jeffrey S. Ward
                Thomas P. Heneghan
                Shane A. Brunner
                Edward J. Pardon
                **Michael Best & Friedrich LLP**
                One South Pinckney Street
                P.O. Box 1806
                Madison, WI  53701-1806
                Tel: 608.257.3501
                Fax: 608.283.2275

                Attorneys for Defendants Aurobindo Pharma
                Limited and Aurobindo Pharma USA, Inc.

Dated:  February 1, 2008