IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>    Plaintiffs,<br><br>vs.<br><br>AUROBINDO PHARMA LIMITED, and AUROBINDO PHARMA USA INC.<br><br>    Defendants. | Civil Action No. 3:07-cv-06020-MLC-JJH |

## NOTICE OF APPEARANCE OF JONATHAN SHORT

TO:   THE CLERK OF COURT AND ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the undersigned hereby appears as attorney of record for Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha.  The undersigned hereby certifies that he is admitted to practice before this court.

Respectfully submitted,

**McCARTER & ENGLISH, LLP**

Dated: February 12, 2008        By:    S/Jonathan Short
                                       Jonathan Short

                                       Andrew T. Berry
                                       McCARTER & ENGLISH, LLP
                                       Four Gateway Center
                                       100 Mulberry Street
                                       Newark, NJ 07102
                                       Telephone: (973) 622-4444

Facsimile: (973) 624-7070

Attorneys for Plaintiffs
AstraZeneca Pharmaceuticals LP,
AstraZeneca UK Limited, IPR
Pharmaceuticals, Inc., and Shionogi
Seiyaku Kabushiki Kaisha

Of Counsel:

Ford F. Farabow, Jr.
Charles E. Lipsey
York M. Faulkner
FINNEGAN, HENDERSON,
FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Henry J. Renk
FITZPATRlCK, CELLA, HARPER
& SCINTO
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

**E-mail:** jshort@mccarter.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 12, 2008, I caused a copy of the foregoing NOTICE OF APPEARANCE to be served upon all counsel of record by operation of the Court's electronic filing system.


                        By:     S/Jonathan Short
                               Jonathan Short