Arnold B. Calmann (abc@saiber.com)
Jane Jhun  (jj@saiber.com)
**SAIBER LLC**
One Gateway Center, 13th Floor
Newark, NJ 07102-5311
Tel: 973.622.3333
Fax: 973.622.3349

Of Counsel:
Jeffrey S. Ward (jsward@michaelbest.com)
**MICHAEL BEST & FRIEDRICH LLP**
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, IL 60601
312.222.0800
Fax: 312.222.0818

Thomas P. Heneghan (tpheneghan@michalbest.com)
Shane A. Brunner (sabrunner@michaelbest.com)
Edward J. Pardon (ejpardon@michaelbest.com)
**MICHAEL BEST & FRIEDRICH LLP**
One South Pinckney Street
P.O. Box 1806
Madison, WI  53701-1806
Tel: 608.257.3501
Fax: 608.283.2275

Attorneys for Defendants Aurobindo Pharma Limited and
Aurobindo Pharma USA, Inc.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br>v.<br><br>AUROBINDO PHARMA LIMITED, and AUROBINDO PHARMA USA, INC.,<br><br>Defendants. | Case No. 07-CV-06020 (MLC)(JJH)<br><br>**APPLICATION AND CERTIFICATION OF ARNOLD B. CALMANN, ESQ. IN SUPPORT OF APPLICATION FOR <u>ADMISSION PRO HAC VICE</u>**<br><br>*DOCUMENT ELECTRONICALLY FILED* |

**ARNOLD B. CALMANN**, of full age, hereby certifies as follows:

1. I am a member of the law firm of Saiber LLC, One Gateway Center, 13th Floor, Newark, New Jersey. I am admitted to practice before the Courts of the State of New Jersey, and the United States District Court for the District of New Jersey. I am a member in good standing of both bars, and I am not under suspension or disbarment by these courts or by any other court or jurisdiction.

2. I submit this Certification in support of the application by defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc. (collectively "defendants"), for the admissions *pro hac vice* of Jeffrey S. Ward, Esq., of Michael Best & Friedrich LLP, Two Prudential Plaza, 180 North Stetson Avenue, Suite 2000, Chicago, IL 60601 and Thomas P. Heneghan, Esq., and Edward J. Pardon, Esq. of Michael Best & Friedrich LLP, One South Pinckney Street, P.O. Box 1806, Madison, WI 53701-1806, to appear in this action as co-counsel for defendants.

3. Pursuant to Local Civil Rule 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by or for me or another attorney associated with Saiber LLC. Further, I agree to promptly notify the attorneys admitted *pro hac vice* of the receipt of all notices, orders and pleadings.

4. Pursuant to Local Civil Rule 101.1, I understand that I shall be held responsible for the conduct of the case and shall be present before the Court during all phases of these proceedings, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorneys admitted *pro hac vice*.

5. Plaintiffs in this matter consent and have no objection to the *pro hac vice* admission of our co-counsel.

      6.      On behalf of defendants, I respectfully request that the Court grant its application to have Jeffrey S. Ward, Esq., Thomas P. Heneghan, Esq., and Edward J. Pardon, Esq. admitted *pro hac vice* to appear and participate as its co-counsel in this matter pursuant to Local Civil Rule 101.1(c).

      I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                            /s/ Arnold B. Calmann
                                            ARNOLD B. CALMANN

Dated:   February 12, 2008

Arnold B. Calmann (abc@saiber.com)
Jane Jhun (jj@saiber.com)
**SAIBER LLC**
One Gateway Center, 13th Floor
Newark, NJ 07102-5311
Tel: 973.622.3333
Fax: 973.622.3349

Of Counsel:
Jeffrey S. Ward (jsward@michaelbest.com)
**MICHAEL BEST & FRIEDRICH LLP**
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, IL 60601
312.222.0800
Fax: 312.222.0818

Thomas P. Heneghan (tpheneghan@michalbest.com)
Shane A. Brunner (sabrunner@michaelbest.com)
Edward J. Pardon (ejpardon@michaelbest.com)
**MICHAEL BEST & FRIEDRICH LLP**
One South Pinckney Street
P.O. Box 1806
Madison, WI 53701-1806
Tel: 608.257.3501
Fax: 608.283.2275

Attorneys for Defendants Aurobindo Pharma Limited and
Aurobindo Pharma USA, Inc.

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br>v.<br><br>AUROBINDO PHARMA LIMITED, and AUROBINDO PHARMA USA, INC.,<br><br>Defendants. | Case No. 07-CV-06020 (MLC)(JJH)<br><br>**AFFIDAVIT OF JEFFREY S. WARD., ESQ. IN SUPPORT OF APPLICATION FOR <u>ADMISSION PRO HAC VICE</u>**<br><br>*DOCUMENT ELECTRONICALLY FILED* |

{00515007.DOC}

JEFFREY S. WARD, of full age, being duly sworn according to law, upon his oath deposes and says as follows:

1. I am an attorney-at-law duly admitted and currently in good standing to practice law in the State of Illinois (admitted 1984), and am a member of the law firm of Michael Best & Friedrich LLP, Two Prudential Plaza, 180 North Stetson Avenue, Suite 2000, Chicago, IL 60601. I am not under suspension or disbarment in any jurisdiction or court. No disciplinary proceedings are pending against me and no discipline has previously been imposed upon me in any jurisdiction or court.

2. I submit this Affidavit in support of the application by Defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc. ("defendants") to permit me to appear and participate, *pro hac vice*, as counsel for defendants at pre-trial proceedings and at trial of the above-captioned action.

3. I specialize in the litigation of patent matters, and am familiar with this matter.

4. I am associated in this matter with Arnold Calmann, a member of Saiber LLC, who is the attorney of record for defendants and is authorized to practice law in New Jersey, and is a member in good standing of the bar of this Court.

5. Upon being admitted to appear and participate in this matter *pro hac vice*, I shall promptly make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-2(a), for any year in which I continue to appear in this matter.

{00515007.DOC}

6. Upon being admitted to appear and participate in this matter *pro hac vice*, I shall also promptly make payment to the Clerk of United States District Court for the District of New Jersey as provided by Local Civil Rule 101.1(c)(3).

7. I also understand that upon admission *pro hac vice*, I am subject to the orders and amenable to disciplinary action and the civil jurisdiction of this Court and the New Jersey State Bar in all respects as if I were regularly admitted and a licensed member of the Bar of the State of New Jersey in good standing. I agree to notify the Court immediately of any matter affecting my standing at the bar of any other Court.

8. For the foregoing reasons, it is respectfully requested that the Court grant defendants' application to have me admitted *pro hac vice* to appear and participate as counsel in this matter pursuant to Local Civil Rule 101.1(c).

9. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
JEFFREY S. WARD, ESQ.

Sworn to and subscribed to before
me this 12th day of February 2008

*Marilyn V. Troyan*
NOTARY PUBLIC

My Commission Expires: 09/05/10

MARILYN V. TROYAN
NOTARY PUBLIC
STATE OF WISCONSIN

{00515007.DOC}

Arnold B. Calmann (abc@saiber.com)
Jane Jhun (jj@saiber.com)
**SAIBER LLC**
One Gateway Center, 13th Floor
Newark, NJ 07102-5311
Tel: 973.622.3333
Fax: 973.622.3349

Of Counsel:
Jeffrey S. Ward (jsward@michaelbest.com)
**MICHAEL BEST & FRIEDRICH LLP**
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, IL 60601
312.222.0800
Fax: 312.222.0818

Thomas P. Heneghan (tpheneghan@michalbest.com)
Shane A. Brunner (sabrunner@michaelbest.com)
Edward J. Pardon (ejpardon@michaelbest.com)
**MICHAEL BEST & FRIEDRICH LLP**
One South Pinckney Street
P.O. Box 1806
Madison, WI 53701-1806
Tel: 608.257.3501
Fax: 608.283.2275

Attorneys for Defendants Aurobindo Pharma Limited and
Aurobindo Pharma USA, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br>v.<br><br>AUROBINDO PHARMA LIMITED, and AUROBINDO PHARMA USA, INC.,<br><br>Defendants. | Case No. 07-CV-06020 (MLC)(JJH)<br><br>**AFFIDAVIT OF THOMAS P. HENEGHAN, ESQ. IN SUPPORT OF APPLICATION FOR <u>ADMISSION PRO HAC VICE</u>**<br><br>*DOCUMENT ELECTRONICALLY FILED* |

1

THOMAS P. HENEGHAN, of full age, being duly sworn according to law, upon his oath deposes and says as follows:

1. I am an attorney-at-law duly admitted and currently in good standing to practice law in the State of Illinois (admitted in 1989) and the State of Wisconsin (admitted in 1994) and am a member of the law firm of Michael Best & Friedrich LLP, One South Pinckney Street, P.O. Box 1806, Madison, WI 53701-1806. I am not under suspension or disbarment in any jurisdiction or court. No disciplinary proceedings are pending against me and no discipline has previously been imposed upon me in any jurisdiction or court.

2. I submit this Affidavit in support of the application by Defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc. ("defendants") to permit me to appear and participate, *pro hac vice*, as counsel for defendants at pre-trial proceedings and at trial of the above-captioned action.

3. I specialize in the litigation of patent matters, and am familiar with this matter.

4. I am associated in this matter with Arnold Calmann, a member of Saiber LLC, who is the attorney of record for defendants and is authorized to practice law in New Jersey, and is a member in good standing of the bar of this Court.

5. Upon being admitted to appear and participate in this matter *pro hac vice*, I shall promptly make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-2(a), for any year in which I continue to appear in this matter.

6.  Upon being admitted to appear and participate in this matter *pro hac vice*, I shall also promptly make payment to the Clerk of United States District Court for the District of New Jersey as provided by Local Civil Rule 101.1(c)(3).

7.  I also understand that upon admission *pro hac vice*, I am subject to the orders and amenable to disciplinary action and the civil jurisdiction of this Court and the New Jersey State Bar in all respects as if I were regularly admitted and a licensed member of the Bar of the State of New Jersey in good standing. I agree to notify the Court immediately of any matter affecting my standing at the bar of any other Court.

8.  For the foregoing reasons, it is respectfully requested that the Court grant defendants' application to have me admitted *pro hac vice* to appear and participate as counsel in this matter pursuant to Local Civil Rule 101.1(c).

9.  I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

THOMAS P. HENEGHAN, ESQ.

Sworn to and subscribed to before
me this _____ day of February 2008

_____
NOTARY PUBLIC

My Commission Expires: 09/05/2010

MARILYN V. TROYAN
NOTARY PUBLIC
STATE OF WISCONSIN

Arnold B. Calmann (abc@saiber.com)
Jane Jhun (jj@saiber.com)
**SAIBER LLC**
One Gateway Center, 13th Floor
Newark, NJ 07102-5311
Tel: 973.622.3333
Fax: 973.622.3349

Of Counsel:
Jeffrey S. Ward (jsward@michaelbest.com)
**MICHAEL BEST & FRIEDRICH LLP**
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, IL 60601
312.222.0800
Fax: 312.222.0818

Thomas P. Heneghan (tpheneghan@michalbest.com)
Shane A. Brunner (sabrunner@michaelbest.com)
Edward J. Pardon (ejpardon@michaelbest.com)
**MICHAEL BEST & FRIEDRICH LLP**
One South Pinckney Street
P.O. Box 1806
Madison, WI 53701-1806
Tel: 608.257.3501
Fax: 608.283.2275

Attorneys for Defendants Aurobindo Pharma Limited and
Aurobindo Pharma USA, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br>v.<br><br>AUROBINDO PHARMA LIMITED, and AUROBINDO PHARMA USA, INC.,<br><br>Defendants. | Case No. 07-CV-06020 (MLC)(JJH)<br><br>**AFFIDAVIT OF EDWARD J. PARDON, ESQ. IN SUPPORT OF APPLICATION FOR <u>ADMISSION PRO HAC VICE</u>**<br><br>*DOCUMENT ELECTRONICALLY FILED* |

EDWARD J. PARDON, of full age, being duly sworn according to law, upon his oath deposes and says as follows:

1. I am an attorney-at-law duly admitted and currently in good standing to practice law in the State of Wisconsin (admitted 2000), and am a member of the law firm of Michael Best & Friedrich LLP, One South Pinckney Street, P.O. Box 1806, Madison, WI 53701-1806. I am not under suspension or disbarment in any jurisdiction or court. No disciplinary proceedings are pending against me and no discipline has previously been imposed upon me in any jurisdiction or court.

2. I submit this Affidavit in support of the application by Defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc. ("defendants") to permit me to appear and participate, *pro hac vice*, as counsel for defendants at pre-trial proceedings and at trial of the above-captioned action.

3. I specialize in the litigation of patent matters, and am familiar with this matter.

4. I am associated in this matter with Arnold Calmann, a member of Saiber LLC, who is the attorney of record for defendants and is authorized to practice law in New Jersey, and is a member in good standing of the bar of this Court.

5. Upon being admitted to appear and participate in this matter *pro hac vice*, I shall promptly make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-2(a), for any year in which I continue to appear in this matter.

6. Upon being admitted to appear and participate in this matter *pro hac vice*, I shall also promptly make payment to the Clerk of United States District Court for the District of New Jersey as provided by Local Civil Rule 101.1(c)(3).

7. I also understand that upon admission *pro hac vice*, I am subject to the orders and amenable to disciplinary action and the civil jurisdiction of this Court and the New Jersey State Bar in all respects as if I were regularly admitted and a licensed member of the Bar of the State of New Jersey in good standing. I agree to notify the Court immediately of any matter affecting my standing at the bar of any other Court.

8. For the foregoing reasons, it is respectfully requested that the Court grant defendants' application to have me admitted *pro hac vice* to appear and participate as counsel in this matter pursuant to Local Civil Rule 101.1(c).

9. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Edward J. Pardon
EDWARD J. PARDON, ESQ.

Sworn to and subscribed to before
me this 12th day of February 2008

/s/ Susan M. Bunge
NOTARY PUBLIC
Comm'n expires 4/3/11

[Notary Seal: SUSAN M. BUNGE, NOTARY PUBLIC, STATE OF WISCONSIN]

Arnold B. Calmann (abc@saiber.com)
Jane Jhun  (jj@saiber.com)
**SAIBER LLC**
One Gateway Center, 13th Floor
Newark, NJ 07102-5311
Tel: 973.622.3333
Fax: 973.622.3349

Of Counsel:
Jeffrey S. Ward (jsward@michaelbest.com)
**MICHAEL BEST & FRIEDRICH LLP**
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, IL 60601
312.222.0800
Fax: 312.222.0818

Thomas P. Heneghan (tpheneghan@michalbest.com)
Shane A. Brunner (sabrunner@michaelbest.com)
Edward J. Pardon (ejpardon@michaelbest.com)
**MICHAEL BEST & FRIEDRICH LLP**
One South Pinckney Street
P.O. Box 1806
Madison, WI  53701-1806
Tel: 608.257.3501
Fax: 608.283.2275

Attorneys for Defendants Aurobindo Pharma Limited and
Aurobindo Pharma USA, Inc.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>        Plaintiffs,<br>  v.<br><br>AUROBINDO PHARMA LIMITED, and AUROBINDO PHARMA USA, INC.,<br><br>        Defendants. | Case No. 07-CV-06020 (MLC)(JJH)<br><br>**ORDER GRANTING**<br>**PRO HAC ADMISSION**<br><br>*DOCUMENT ELECTRONICALLY FILED* |

**THIS MATTER** having been brought before the Court by Arnold B. Calmann, Esq., attorney for defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc. (collectively "Aurobindo"), for an Order allowing Jeffrey S. Ward, of Michael Best & Friedrich LLP, Two Prudential Plaza, 1800 North Stetson Avenue, Suite 2000, Chicago, IL 60601 and Thomas P. Heneghan and Edward J. Pardon of Michael Best & Friedrich LLP, One South Pinckney Street, Madison, WI 53701-1806, to appear and participate pro hac vice; and the Court having considered the moving papers; and this matter being considered pursuant to FED.R.CIV.P. 78, and for good cause shown;

**IT IS** on this _____ day of _____, 2008,

**ORDERED** that Jeffrey S. Ward, Esq. and Thomas P. Heneghan, Esq. members of the bar of the State of Illinois, be permitted to appear pro hac vice in the above-captioned matter pursuant to L.Civ.R. 101.1(c); and it is further

**ORDERED** that Edward J. Pardon, member of bar of the State of Wisconsin, be permitted to appear pro hac vice in the above-captioned matter pursuant to L.Civ.R. 101.1(c); and it is further

**ORDERED** that, all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Saiber LLC, attorneys of record for Aurobindo, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

**ORDERED** that Jeffrey S. Ward, Esq., Thomas P. Heneghan, Esq., and Jeffrey S. Pardon, Esq. shall each pay the annual fee to the New Jersey Lawyers' Fund for Client

Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Jeffrey S. Ward, Esq., Thomas P. Heneghan, Esq., and Jeffrey S. Pardon, Esq. shall each make payment of $150.00 to the Clerk of the United States District Court in accordance with L.Civ.R. 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Jeffrey S. Ward, Esq., Thomas P. Heneghan, Esq., and Jeffrey S. Pardon, Esq. shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L.Civ.R. 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and L.Civ.R. 104.1, <u>Discipline of Attorneys</u>; and it is further

**ORDERED** that Jeffrey S. Ward, Esq., Thomas P. Heneghan, Esq., and Jeffrey S. Pardon, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

---

**HONORABLE JOHN J. HUGHES,**
**UNITED STATES MAGISTRATE JUDGE**