

**McCARTER & ENGLISH**
ATTORNEYS AT LAW

Andrew T. Berry
Partner
T. 973.639.2097
F. 973.297.3952
aberry@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

February 14, 2008

VIA ECF

Clerk
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

Re:   ASTRAZENECA PHARMACEUTICALS LP et al. v. AUROBINDO
      PHARMA LIMITED et al., Civil Action No. 3:07-cv-06020-MLC-JJH

Dear Sir or Madam:

We write on behalf of Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha ("Plaintiffs"), pursuant to Local Civil Rule 7.1(d)(5), to obtain an automatic extension of 14 days to file Plaintiffs' opposition to Defendants' Motion to Dismiss, filed on January 31, 2008, and presently returnable on March 3, 2008. With this extension, Plaintiffs' opposition papers will be filed and served no later than March 3, 2008.

**The new motion date for Defendants' Motion to Dismiss is March 17, 2008.**

Very truly yours,

Andrew T. Berry

cc: Counsel of Record

ME1 6917227v.4