Andrew T. Berry
Jonathan M.H. Short
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070

*Attorneys for Plaintiffs*
*AstraZeneca Pharmaceuticals LP,*
*AstraZeneca UK Limited, IPR*
*Pharmaceuticals, Inc., and Shionogi Seiyaku*
*Kabushiki Kaisha*

Of Counsel:

Ford F. Farabow, Jr.
Charles E. Lipsey
York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Henry J. Renk
FITZPATRICK, CELLA, HARPER &
SCINTO
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,** <br><br> **Plaintiffs,** <br><br> vs. <br><br> **AUROBINDO PHARMA LIMITED, and AUROBINDO PHARMA USA INC.** <br><br> **Defendants.** | Civil Action No. 3:07-cv-06020-MLC-JJH <br><br> **APPLICATION TO CLERK FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY** |

Application is hereby made for a Clerk's Order extending the time within which

Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc.,

and Shionogi Seiyaku Kabushiki Kaisha ("Plaintiffs") may answer, move or otherwise reply to

the Counterclaims filed by Defendant Aurobindo Pharma Limited on January 31, 2008, for a

period of fifteen (15) days, to and including March 6, 2008, and it is represented that:

1.    Plaintiffs have obtained no previous extension;

2.    Defendant filed and served its counterclaims on January 31, 2008; and

3.    The time for Plaintiffs to answer, move or otherwise reply would expire on

February 20, 2008.


**McCARTER & ENGLISH, LLP**
Attorneys for Plaintiffs
AstraZeneca Pharmaceuticals LP,
AstraZeneca UK Limited, IPR
Pharmaceuticals, Inc., and Shionogi Seiyaku
Kabushiki Kaisha


Dated: February 14, 2008                    By:    _____S/Andrew T. Berry_____
                                                              ANDREW T. BERRY



**ORDER**

**The above application is ORDERED.**


**WILLIAM T. WALSH, Clerk**


**By:**_____

**Deputy Clerk**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 14, 2008, I caused a copy of the foregoing

APPLICATION TO CLERK FOR EXTENSION OF TIME TO ANSWER, MOVE, OR

OTHERWISE REPLY to be served upon all counsel of record by operation of the Court's

electronic filing system.


                                    S/Andrew T. Berry
                                    ANDREW T. BERRY