Arnold B. Calmann (abc@saiber.com)
Jane Jhun (jj@saiber.com)
**SAIBER LLC**
One Gateway Center, 13th Floor
Newark, NJ 07102-5311
Tel: 973.622.3333
Fax: 973.622.3349

Of Counsel:
Jeffrey S. Ward (jsward@michaelbest.com)
**MICHAEL BEST & FRIEDRICH LLP**
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, IL 60601
312.222.0800
Fax: 312.222.0818

Thomas P. Heneghan (tpheneghan@michalbest.com)
Shane A. Brunner (sabrunner@michaelbest.com)
Edward J. Pardon (ejpardon@michaelbest.com)
**MICHAEL BEST & FRIEDRICH LLP**
One South Pinckney Street
P.O. Box 1806
Madison, WI 53701-1806
Tel: 608.257.3501
Fax: 608.283.2275

Attorneys for Defendants Aurobindo Pharma Limited and
Aurobindo Pharma USA, Inc.

RECEIVED

FEB 1 5 2008

AT 8:30_____M
WILLIAM T. WALSH
CLERK

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br>v.<br><br>AUROBINDO PHARMA LIMITED, and AUROBINDO PHARMA USA, INC.,<br><br>Defendants. | Case No. 07-CV-06020 (MLC)(JJH)<br><br>**ORDER GRANTING<br>PRO HAC ADMISSION**<br><br>*DOCUMENT ELECTRONICALLY FILED* |

**THIS MATTER** having been brought before the Court by Arnold B. Calmann, Esq., attorney for defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc. (collectively "Aurobindo"), for an Order allowing Jeffrey S. Ward, of Michael Best & Friedrich LLP, Two Prudential Plaza, 1800 North Stetson Avenue, Suite 2000, Chicago, IL 60601 and Thomas P. Heneghan and Edward J. Pardon of Michael Best & Friedrich LLP, One South Pinckney Street, Madison, WI 53701-1806, to appear and participate pro hac vice; and the Court having considered the moving papers; and this matter being considered pursuant to FED.R.CIV.P. 78, and for good cause shown;

IT IS on this 14th day of February, 2008,

**ORDERED** that Jeffrey S. Ward, Esq. and Thomas P. Heneghan, Esq. members of the bar of the State of Illinois, be permitted to appear pro hac vice in the above-captioned matter pursuant to L.Civ.R. 101.1(c); and it is further

**ORDERED** that Edward J. Pardon, member of bar of the State of Wisconsin, be permitted to appear pro hac vice in the above-captioned matter pursuant to L.Civ.R. 101.1(c); and it is further

**ORDERED** that, all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Saiber LLC, attorneys of record for Aurobindo, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

**ORDERED** that Jeffrey S. Ward, Esq., Thomas P. Heneghan, Esq., and Jeffrey S. Pardon, Esq. shall each pay the annual fee to the New Jersey Lawyers' Fund for Client

Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Jeffrey S. Ward, Esq., Thomas P. Heneghan, Esq., and Jeffrey S. Pardon, Esq. shall each make payment of $150.00 to the Clerk of the United States District Court in accordance with L.Civ.R. 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Jeffrey S. Ward, Esq., Thomas P. Heneghan, Esq., and Jeffrey S. Pardon, Esq. shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L.Civ.R. 103.1, Judicial Ethics and Professional Responsibility, and L.Civ.R. 104.1, Discipline of Attorneys; and it is further

**ORDERED** that Jeffrey S. Ward, Esq., Thomas P. Heneghan, Esq., and Jeffrey S. Pardon, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

_____
HONORABLE JOHN J. HUGHES,
UNITED STATES MAGISTRATE JUDGE