Arnold B. Calmann (abc@saiber.com)
Jane Jhun  (jj@saiber.com)
**SAIBER LLC**
One Gateway Center, 13th Floor
Newark, NJ 07102-5311
Tel: 973.622.3333
Fax: 973.622.3349

Of Counsel:
Jeffrey S. Ward (jsward@michaelbest.com)
**MICHAEL BEST & FRIEDRICH LLP**
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, IL 60601
312.222.0800
Fax: 312.222.0818

Thomas P. Heneghan (tpheneghan@michalbest.com)
Shane A. Brunner (sabrunner@michaelbest.com)
Edward J. Pardon (ejpardon@michaelbest.com)
**MICHAEL BEST & FRIEDRICH LLP**
One South Pinckney Street
P.O. Box 1806
Madison, WI  53701-1806
Tel: 608.257.3501
Fax: 608.283.2275

Attorneys for Defendants Aurobindo Pharma Limited and
Aurobindo Pharma USA, Inc.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br>v.<br><br>AUROBINDO PHARMA LIMITED, and AUROBINDO PHARMA USA, INC.,<br><br>Defendants. | Case No. 07-CV-06020 (MLC)(JJH)<br><br>***DOCUMENT ELECTRONICALLY FILED*** |

**REQUEST BY LOCAL COUNSEL FOR
PRO HAC VICE ATTORNEY
TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered [see, Docket #16– 2/15/08]; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court [2/25/08- receipt number 363416].

        **SAIBER LLC**
        Attorneys for Defendants

        /s/ Arnold B. Calmann
        Arnold B. Calmann (abc@saiber.com)
        Jane Jhun (jj@saiber.com)
        One Gateway Center, 13th Floor
        Newark, New Jersey 07102-5311
        (973) 622-3333

**PRO HAC VICE ATTORNEY INFORMATION:**

Name:       Jeffrey S. Ward

Address:    Michael Best & Freidrich LLP

              Two Prudential Plaza

              180 North Stetson Avenue, Suite 2000

              Chicago, IL 60601

E-Mail:      jsward@michaelbest.com