Arnold B. Calmann (abc@saiber.com)
Jane Jhun (jj@saiber.com)
**SAIBER LLC**

One Gateway Center, 13th Floor
Newark, NJ 07102-5311
Tel: 973.622.3333
Fax: 973.622.3349

Jeffrey S. Ward (jsward@michaelbest.com)
**MICHAEL BEST & FRIEDRICH LLP**
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, IL 60601
Tel: 312.222.0800
Fax: 312.222.0818

Thomas P. Heneghan (tpheneghan@michalbest.com)
Shane A. Brunner (sabrunner@michaelbest.com)
Edward J. Pardon (ejpardon@michaelbest.com)
**MICHAEL BEST & FRIEDRICH LLP**

One South Pinckney Street
P.O. Box 1806
Madison, WI 53701-1806
Tel: 608.257.3501
Fax: 608.283.2275

Attorneys for Defendants Aurobindo Pharma Limited and
Aurobindo Pharma USA, Inc.

RECEIVED

MAR 0 5 2008

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>        Plaintiffs,<br><br>    v.<br><br>AUROBINDO PHARMA LIMITED, and AUROBINDO PHARMA USA, INC.,<br><br>        Defendants. | Civil Action No. 07-6020 (MLC) (JJH)<br><br>**ORDER RESETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS AND MOTION TO STAY** |

This matter having been brought before the Court by letter from plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha ("Plaintiffs"), dated February 28, 2008, and by letter from defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc. ("Defendants"), dated February 29, 2008; and the Court having considered the status of this matter; and the Court having considered the current briefing schedule for Defendants' Motion to Dismiss [Docket No. 6] and the current briefing schedule for Plaintiffs' Motion to Stay [Docket No. 20]; and the Court having considered the arguments in Plaintiffs' letter dated February 28, 2008, Defendants' letter dated February 29, 2008; and the Court having considered the arguments of counsel; and for other and good cause having been shown,

IT IS on this 4th day of March 2008;

**ORDERED** that Plaintiffs' Opposition brief to Defendants' Motion to Dismiss be filed with the Court no later than March 7, 2008; and it is further

**ORDERED** that Defendants' Reply brief concerning its Motion to Dismiss, if any, be filed with the Court no later than March 14, 2008; and it is further

**ORDERED** that the return date for Defendants' Motion to Dismiss be set on March 25, 2008; and it is further

**ORDERED** that Defendants' Opposition brief to Plaintiffs' Motion to Stay be filed with the Court no later than March 7, 2008; and it is further

**ORDERED** that Plaintiffs' Reply brief concerning its Motion to Stay, if any, be filed with the Court no later than March 14, 2008; and it is further

2

**ORDERED** that the return date for Plaintiffs' Motion to Stay be set on March 25, 2008.

_____
HONORABLE JOHN J. HUGHES
UNITED STATES MAGISTRATE JUDGE