Arnold B. Calmann (abc@saiber.com)
Jane Jhun (jj@saiber.com)
**SAIBER LLC**
One Gateway Center
13th Floor
Newark, NJ 07102-5311
Tel: 973.622.3333
Fax: 973.622.3349

Of Counsel:
Jeffrey S. Ward (jsward@michaelbest.com)
Thomas P. Heneghan (tpheneghan@michalbest.com)
Shane A. Brunner (sabrunner@michaelbest.com)
Edward J. Pardon (ejpardon@michaelbest.com)
**MICHAEL BEST & FRIEDRICH LLP**
One South Pinckney Street
P.O. Box 1806
Madison, WI 53701-1806
Tel: 608.257.3501
Fax: 608.283.2275

Attorneys for Defendants
Aurobindo Pharma Limited and
Aurobindo Pharma USA, Inc.

RECEIVED

MAR 0 5 2008

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP,)<br>ASTRAZENECA UK LIMITED, )<br>IPR PHARMACEUTICALS, INC., and )<br>SHIONOGI SEIYAKU KABUSHIKI )<br>KAISHA, )<br> )<br>　　　　　Plaintiffs, )<br> )<br>　　v. )<br> )<br>AUROBINDO PHARMA LIMITED, and )<br>AUROBINDO PHARMA USA, INC., )<br> )<br>　　　　　Defendants. )| Case No. 07-CV-06020 (MLC)(JJH)<br><br>**ORDER TO SEAL**<br><br>***DOCUMENT ELECTRONICALLY FILED*** |

**THIS MATTER** having been opened to the Court by Defendants Aurobindo Pharma

Limited ("Aurobindo India") and Aurobindo Pharma USA, Inc. ("Aurobindo USA"), by and

through their attorneys, Saiber LLC and Michael Best & Friedrich LLP, in connection with their

Motion to Seal pursuant to Local Civil Rule 5.3(c), Dr. S. Padmaja's Declaration dated January

30, 2008, and the following portions of Defendants' Brief in Support of Their Motion To

Dismiss For Lack of Subject-Matter Jurisdiction:

- **The last two sentences of the first paragraph on page 5.**
- **The entire second paragraph on page 5 (i.e. the first full paragraph on page 5).**
- **The last sentence of the second paragraph on page 6 (i.e. the first full paragraph on page 6).**
- **The last paragraph on page 7 which continues onto page 8.**
- **Page 8 in its entirety.**
- **The first sentence on page 9 which is a continuation of the last paragraph on page 8.**
- **The last sentence of the second paragraph on page 9 (i.e. the first full paragraph on page 9).**
- **The first and last sentence of the third paragraph on page 9(i.e. the second full paragraph on page 9).**
- **The third and fourth sentences in the first paragraph on page 10 (i.e. the sentence immediately following the "(emphasis added)" statement and the subsequent sentence).**
- **The second and third sentences in the second paragraph on page 10 (i.e. the sentence immediately following the "21 U.S.C. § 355(j)(2)(A)(iv)" citation and the subsequent sentence).**
- **The second and third sentences in the last paragraph on page 12 (i.e. the sentence immediately following the "jurisdictional facts are as follows" statement and the subsequent sentence).**
- **The seventh sentence in the last paragraph on page 12 (i.e. the sentence immediately following the "(D.I. 1 at p. 4 ¶12)" citation).**

the Court having considered the papers submitted by Defendants in support of the within

Motion, and any papers submitted by Plaintiffs herein in opposition thereto; and the Court

having considered oral argument of the parties, if any; and having found that the standards of

Local Civil Rule 5.3(c) have been met and support the sealing of the foregoing documents,

testimony and information, and for the reasons set forth in the record of the proceedings, and for

other and good cause having been shown,

IT IS on this 3rd day of March 2008;

**ORDERED** that Defendants' Motion pursuant to Local Civil Rule 5.3(c) to Seal the

subject documents, information and testimony be and the same is hereby granted; and it is further

**ORDERED,** that said documents, information and testimony shall be sealed and shall be

filed **UNDER SEAL** with this Court.

A no opposition filed.

**John J. Hughes**
**U.S. Magistrate Judge**