Andrew T. Berry
Jonathan M.H. Short
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070

*Attorneys for Plaintiffs*
*AstraZeneca Pharmaceuticals LP,*
*AstraZeneca UK Limited, IPR*
*Pharmaceuticals, Inc., and Shionogi Seiyaku*
*Kabushiki Kaisha*

Of Counsel:

Ford F. Farabow, Jr.
Charles E. Lipsey
York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Henry J. Renk
FITZPATRICK, CELLA, HARPER &
SCINTO
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>**Plaintiffs,**<br><br>vs.<br><br>**AUROBINDO PHARMA LIMITED, and AUROBINDO PHARMA USA INC.**<br><br>**Defendants.** | Civil Action No. 3:07-cv-06020 (MLC)(JJH)<br><br>**DECLARATION OF JONATHAN M.H. SHORT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

Jonathan M.H. Short, of full age, hereby declares as follows:

1. I am a member of the bar of this court and am associated with the firm of McCarter & English, LLP, attorneys for Plaintiffs ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA ("AstraZeneca") in this matter.

2. I submit this declaration in support of AstraZeneca's Opposition to Plaintiffs' Motion to Dismiss.

3. Attached as Exhibit 1 hereto is a true and correct copy of Aurobindo's Form 356h portion of its Abbreviated New Drug Application for rosuvastatin calcium tablets.

4. Attached as Exhibit 2 hereto is a true and correct copy of Aurobindo's Form Cover Letter portion of its Abbreviated New Drug Application for rosuvastatin calcium tablets.

5. Attached as Exhibit 3 hereto is a true and correct copy of Aurobindo's U.S. Agent Authorization Letter portion of its Abbreviated New Drug Application for rosuvastatin calcium tablets.

6. Attached as Exhibit 4 hereto is a true and correct copy of Aurobindo's Paragraph IV Certification Letter.

7. Issues important to respond to Aurobindo's allegations relating to Count I of its Motion to Dismiss are the subject of ongoing jurisdictional discovery. In the related Delaware action, Civil Action No. 1:07-810, Plaintiffs served document requests on Aurobindo Pharma and Aurobindo USA on February 26, 2008, including requests for documents relating to (1) the relationship between Aurobindo Pharma and Aurobindo USA, including relationships between the owners and officers of the companies, (2) the Aurobindo USA employee who signed the ANDA and the agency relationship with Aurobindo Pharma, (3) communications with Aurobindo Pharma relating to the involvement of Aurobindo USA or its employees in filing this

ANDA, as well as past ANDAs, and (4) importation, marketing, sales, and distribution of Aurobindo products in the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 7, 2008

_____
Jonathan M.H. Short