| | |
|---|---|
| Andrew T. Berry<br>Jonathan M.H. Short<br>McCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>Telephone: (973) 622-4444<br>Facsimile: (973) 624-7070<br><br>*Attorneys for Plaintiffs*<br>*AstraZeneca Pharmaceuticals LP,*<br>*AstraZeneca UK Limited, IPR*<br>*Pharmaceuticals, Inc., and Shionogi Seiyaku*<br>*Kabushiki Kaisha* | Of Counsel:<br><br>Ford F. Farabow, Jr.<br>Charles E. Lipsey<br>York M. Faulkner<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, DC 20001<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4400<br><br>Henry J. Renk<br>FITZPATRICK, CELLA, HARPER &<br>SCINTO<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Telephone: (212) 218-2100<br>Facsimile: (212) 218-2200 |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,**<br><br>             **Plaintiffs,**<br><br>vs.<br><br>**AUROBINDO PHARMA LIMITED, and AUROBINDO PHARMA USA INC.**<br><br>             **Defendants.** | Civil Action No. 3:07-cv-06020-MLC-JJH |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true copies of Plaintiffs' Opposition to Defendants' Motion to Dismiss with supporting papers were caused to be served on March 7, 2008, upon the following:

        **Via ECF, Electronic Mail, and Overnight Mail:**
        Arnold B. Calmann
        Jane Jhun
        SAIBER LLC
        One Gateway Center, 13th Floor
        Newark, NJ 07102

        **Via ECF, Electronic Mail, and Overnight Mail:**
        Jeffrey S. Ward
        Thomas P. Heneghan
        Shane A. Brunner
        Edward J. Pardon
        MICHAEL BEST & FRIEDRICH, LLP
        One South Pinckney Street
        P.O. Box 1806
        Madison, WI 53701-1806

Respectfully submitted,

Dated: March 7, 2008

          S/Andrew T. Berry
        Andrew T. Berry
        Jonathan M.H. Short
        McCARTER & ENGLISH, LLP
        Four Gateway Center
        100 Mulberry Street
        Newark, NJ 07102
        Telephone: (973) 622-4444
        Facsimile: (973) 624-7070

        *Of Counsel:*

Ford F. Farabow, Jr.
Charles E. Lipsey
York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Henry J. Renk
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

*Attorneys for Plaintiffs*
*AstraZeneca Pharmaceuticals LP, AstaZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha*

ME1 7195465v.1