| | |
|---|---|
| Andrew T. Berry<br>Jonathan M.H. Short<br>McCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>Telephone: (973) 622-4444<br>Facsimile: (973) 624-7070<br><br>*Attorneys for Plaintiffs*<br>*AstraZeneca Pharmaceuticals LP,*<br>*AstraZeneca UK Limited, IPR*<br>*Pharmaceuticals, Inc., and Shionogi Seiyaku*<br>*Kabushiki Kaisha* | Of Counsel:<br><br>Ford F. Farabow, Jr.<br>Charles E. Lipsey<br>York M. Faulkner<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, DC 20001<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4400<br><br>Henry J. Renk<br>FITZPATRICK, CELLA, HARPER &<br>SCINTO<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Telephone: (212) 218-2100<br>Facsimile: (212) 218-2200 |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>**Plaintiffs,**<br><br>vs.<br><br>**AUROBINDO PHARMA LIMITED, and AUROBINDO PHARMA USA INC.**<br><br>**Defendants.** | Civil Action No. 3:07-cv-06020 (MLC)(JJH)<br><br>**CERTIFICATION OF**<br>**ANDREW T. BERRY**<br>**IN SUPPORT OF APPLICATON**<br>**FOR PRO HAC VICE ADMISSIONS** |

I, ANDREW T. BERRY, an attorney duly admitted to practice law in the Courts of the State of New Jersey and the United States District Court for the District of New Jersey, and of full age, certify pursuant to Local Civil Rule 101.1(c), as follows.

ME1 7185588v.3

1. I am a member of the law firm of McCarter & English, LLP, attorneys for plaintiffs, Astrazeneca Pharmaceuticals LP, Astrazeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha ("Plaintiffs"), in the within matter. I submit this Certification in support of Plaintiff's application seeking admission of Ford F. Farabow, Jr., Esq., Charles E. Lipsey, Esq., York M. Faulkner, Esq. and Mary K. Ferguson, Esq. of Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP as counsel pro hac vice in the within matter pursuant to Local Civil Rule 101.1(c). I am personally familiar with the facts set forth in this Certification.

2. I am in good standing in all the bars of which I am a member. I have never been subjected to any discipline by any court or governing body.

3. We contacted counsel for Defendants and obtained their consent to this application.

4. If the Court grants the pro hac vice admission of Ford F. Farabow, Charles E. Lipsey, York Faulkner and Mary K. Ferguson, either I or another attorney associated with McCarter & English, LLP, will continue to serve as local counsel of record in this matter, will review and sign all pleadings, briefs and other papers filed with the Court, will be responsible for the conduct of this action and for the conduct of the attorneys admitted pro hac vice, will accept service of all papers filed with the Court, will appear at all scheduled Court proceedings, and will otherwise comply with all the terms and conditions of Local Civil Rule 101.1(c).

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

2

ME1 7185588v.3

Dated: March 20, 2008

s/Andrew T. Berry
Andrew T. Berry

3

ME1 7185588v.3

Andrew T. Berry
Jonathan M.H. Short
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070

*Attorneys for Plaintiffs*
*AstraZeneca Pharmaceuticals LP,*
*AstraZeneca UK Limited, IPR*
*Pharmaceuticals, Inc., and Shionogi Seiyaku*
*Kabushiki Kaisha*

Of Counsel:

Ford F. Farabow, Jr.
Charles E. Lipsey
York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Henry J. Renk
FITZPATRICK, CELLA, HARPER &
SCINTO
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>vs.<br><br>AUROBINDO PHARMA LIMITED, and AUROBINDO PHARMA USA INC.<br><br>Defendants. | Civil Action No. 3:07-cv-06020 (MLC)(JJH)<br><br>CERTIFICATION OF<br>FORD F. FARABOW, JR.<br>IN SUPPORT OF APPLICATION<br>FOR PRO HAC VICE ADMISSION |

Ford F. Farabow, Jr., of full age, hereby certifies pursuant to 28 U.S.C. § 1746, as follows:

ME1 7185680v.2

1.  I am an attorney-at-law and a partner in the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, with offices located at 901 New York Avenue, NW, Washington, DC 20001-4113.

2.  I am duly admitted to the bars of South Carolina and the District of Columbia. In addition, I am admitted to practice at the bars of the United States Supreme Court and U.S. Court of Appeals for the Federal Circuit. I have never been subjected to any discipline by any court or governing body. I am in good standing in each of these courts.

3.  I submit this certification in support of the application by the plaintiffs, Astrazeneca Pharmaceuticals LP, Astrazeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha ("Plaintiffs"), to permit me to appear and participate, *pro hac vice*, as counsel for the Plaintiffs at pretrial proceedings and at the trial of this action.

4.  I am familiar with this matter. The Plaintiffs have requested that my firm and I appear and participate in their representation in the pretrial proceedings and at the trial of this action.

5.  I am associated in this matter with Andrew T. Berry, Esq., a member of McCarter & English, LLP, who is the attorney of record for the Plaintiffs, is authorized to practice law in the State of New Jersey, and is a member in good standing of the bar of this court.

6.  Upon being admitted to appear and participate in this matter *pro hac vice*, I shall promptly make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-2(a), for any year in which I continue to appear in this matter.

7.  I understand that, upon admission *pro hac vice*, I am within the disciplinary jurisdiction of this court and agree to notify the Court immediately of any matter affecting my

standing at the bar of any other court.

8.   For the foregoing reasons, it is respectfully requested that the Court grant the Plaintiffs' application to have me admitted *pro hac vice* to appear and participate as counsel in this matter pursuant to Local Civil Rule 101.1(c).

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March 7, 2008

_____
Ford F. Farabow, Jr.

| | |
|---|---|
| Andrew T. Berry<br>Jonathan M.H. Short<br>McCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>Telephone: (973) 622-4444<br>Facsimile: (973) 624-7070<br><br>*Attorneys for Plaintiffs*<br>*AstraZeneca Pharmaceuticals LP,*<br>*AstraZeneca UK Limited, IPR*<br>*Pharmaceuticals, Inc., and Shionogi Seiyaku*<br>*Kabushiki Kaisha* | Of Counsel:<br><br>Ford F. Farabow, Jr.<br>Charles E. Lipsey<br>York M. Faulkner<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, DC 20001<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4400<br><br>Henry J. Renk<br>FITZPATRICK, CELLA, HARPER &<br>SCINTO<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Telephone: (212) 218-2100<br>Facsimile: (212) 218-2200 |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,**<br><br>Plaintiffs,<br><br>vs.<br><br>**AUROBINDO PHARMA LIMITED, and AUROBINDO PHARMA USA INC.**<br><br>**Defendants.** | Civil Action No. 3:07-cv-06020 (MLC)(JJH)<br><br>**CERTIFICATION OF**<br>**CHARLES E. LIPSEY**<br>**IN SUPPORT OF APPLICATION**<br>**FOR PRO HAC VICE ADMISSION** |

Charles E. Lipsey, of full age, hereby certifies pursuant to 28 U.S.C. § 1746, as follows:

ME1 7185710v.2

1. I am an attorney-at-law and an associate in the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, with offices located at Two Freedom Square, 11955 Freedom Drive, Reston, VA 20190-5675.

2. I am duly admitted to the bars of Virginia and the District of Columbia. In addition, I am admitted to practice at the bar of the U.S. Court of Appeals for the Federal Circuit. I have never been subjected to any discipline by any court or governing body. I am in good standing in each of these courts.

3. I submit this certification in support of the application by the plaintiffs, Astrazeneca Pharmaceuticals LP, Astrazeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha ("Plaintiffs"), to permit me to appear and participate, *pro hac vice*, as counsel for the Plaintiffs at pretrial proceedings and at the trial of this action.

4. I am familiar with this matter. The Plaintiffs have requested that my firm and I appear and participate in their representation in the pretrial proceedings and at the trial of this action.

5. I am associated in this matter with Andrew T. Berry, Esq., a member of McCarter & English, LLP, who is the attorney of record for the Plaintiffs, is authorized to practice law in the State of New Jersey, and is a member in good standing of the bar of this court.

6. Upon being admitted to appear and participate in this matter *pro hac vice*, I shall promptly make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-2(a), for any year in which I continue to appear in this matter.

7. I understand that, upon admission *pro hac vice*, I am within the disciplinary jurisdiction of this Court and agree to notify the Court immediately of any matter affecting my

ME1 7185710v.2

standing at the bar of any other court.

8.  For the foregoing reasons, it is respectfully requested that the Court grant the Plaintiffs' application to have me admitted *pro hac vice* to appear and participate as counsel in this matter pursuant to Local Civil Rule 101.1(c).

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March 10, 2008

_____
Charles E. Lipsey

| | |
|---|---|
| Andrew T. Berry<br>Jonathan M.H. Short<br>McCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>Telephone: (973) 622-4444<br>Facsimile: (973) 624-7070<br><br>*Attorneys for Plaintiffs*<br>*AstraZeneca Pharmaceuticals LP,*<br>*AstraZeneca UK Limited, IPR*<br>*Pharmaceuticals, Inc., and Shionogi Seiyaku*<br>*Kabushiki Kaisha* | Of Counsel:<br><br>Ford F. Farabow, Jr.<br>Charles E. Lipsey<br>York M. Faulkner<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, DC 20001<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4400<br><br>Henry J. Renk<br>FITZPATRICK, CELLA, HARPER &<br>SCINTO<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Telephone: (212) 218-2100<br>Facsimile: (212) 218-2200 |

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>vs.<br><br>AUROBINDO PHARMA LIMITED, and AUROBINDO PHARMA USA INC.<br><br>Defendants. | Civil Action No. 3:07-cv-06020 (MLC)(JJH)<br><br><br>**CERTIFICATION OF**<br>**YORK M. FAULKNER**<br>**IN SUPPORT OF APPLICATION**<br>**FOR PRO HAC VICE ADMISSION** |

York M. Faulkner, of full age, hereby certifies pursuant to 28 U.S.C. § 1746, as follows:

ME1 7185722v.2

1.  I am an attorney-at-law and a partner in the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, with offices located at Two Freedom Square, 11955 Freedom Drive, Reston, VA 20190-5675.

2.  I am duly admitted to the bars of Utah, Virginia and the District of Columbia. In addition, I am admitted to practice at the bar of the U.S. Court of Appeals for the Fourth Circuit. I have never been subjected to any discipline by any court or governing body. I am in good standing in each of these courts.

3.  I submit this certification in support of the application by the plaintiffs, Astrazeneca Pharmaceuticals LP, Astrazeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha ("Plaintiffs"), to permit me to appear and participate, *pro hac vice*, as counsel for the Plaintiffs at pretrial proceedings and at the trial of this action.

4.  I am familiar with this matter. The Plaintiffs have requested that my firm and I appear and participate in their representation in the pretrial proceedings and at the trial of this action.

5.  I am associated in this matter with Andrew T. Berry, Esq., a member of McCarter & English, LLP, who is the attorney of record for the Plaintiffs, is authorized to practice law in the State of New Jersey, and is a member in good standing of the bar of this court.

6.  Upon being admitted to appear and participate in this matter *pro hac vice*, I shall promptly make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-2(a), for any year in which I continue to appear in this matter.

7.  I understand that, upon admission *pro hac vice*, I am within the disciplinary jurisdiction of this Court and agree to notify the Court immediately of any matter affecting my

standing at the bar of any other court.

8.  For the foregoing reasons, it is respectfully requested that the Court grant the Plaintiffs' application to have me admitted *pro hac vice* to appear and participate as counsel in this matter pursuant to Local Civil Rule 101.1(c).

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March 10, 2008

York M. Faulkner

Andrew T. Berry
Jonathan M.H. Short
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070

*Attorneys for Plaintiffs*
*AstraZeneca Pharmaceuticals LP,*
*AstraZeneca UK Limited, IPR*
*Pharmaceuticals, Inc., and Shionogi Seiyaku*
*Kabushiki Kaisha*

Of Counsel:

Ford F. Farabow, Jr.
Charles E. Lipsey
York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Henry J. Renk
FITZPATRICK, CELLA, HARPER &
SCINTO
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,**<br><br>Plaintiffs,<br><br>vs.<br><br>**AUROBINDO PHARMA LIMITED, and AUROBINDO PHARMA USA INC.**<br><br>**Defendants.** | Civil Action No. 3:07-cv-06020 (MLC)(JJH)<br><br>CERTIFICATION OF<br>MARY K. FERGUSON<br>IN SUPPORT OF APPLICATION<br>FOR PRO HAC VICE ADMISSION |

Mary K. Ferguson, of full age, hereby certifies pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney-at-law and an associate in the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, with offices located at 55 Cambridge Parkway, Cambridge, MA 02142-1215.

2. I am duly admitted to the bar of Massachusetts. In addition, I am registered to practice before the U.S. Patent and Trademark Office. I have never been subjected to any discipline by any court or governing body. I am in good standing in each of these courts.

3. I submit this certification in support of the application by the plaintiffs, Astrazeneca Pharmaceuticals LP, Astrazeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha ("Plaintiffs"), to permit me to appear and participate, *pro hac vice*, as counsel for the Plaintiffs at pretrial proceedings and at the trial of this action.

4. I am familiar with this matter. The Plaintiffs have requested that my firm and I appear and participate in their representation in the pretrial proceedings and at the trial of this action.

5. I am associated in this matter with Andrew T. Berry, Esq., a member of McCarter & English, LLP, who is the attorney of record for the Plaintiffs, is authorized to practice law in the State of New Jersey, and is a member in good standing of the bar of this court.

6. Upon being admitted to appear and participate in this matter *pro hac vice*, I shall promptly make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-2(a), for any year in which I continue to appear in this matter.

7. I understand that, upon admission *pro hac vice*, I am within the disciplinary jurisdiction of this court and agree to notify the Court immediately of any matter affecting my standing at the bar of any other court.

8. For the foregoing reasons, it is respectfully requested that the Court grant the Plaintiffs' application to have me admitted *pro hac vice* to appear and participate as counsel in this matter pursuant to Local Civil Rule 101.1(c).

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March 17, 2008

Mary K. Ferguson

Andrew T. Berry
Jonathan M.H. Short
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444

Of Counsel:
Ford F. Farabow, Jr.
Charles E. Lipsey
York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
(202) 408-4000

Henry J. Renk
Dennis Gregory
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
(212) 218-2100

*Attorneys for Plaintiffs*

*AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>vs.<br><br>AUROBINDO PHARMA LIMITED, and AUROBINDO PHARMA USA INC.<br><br>Defendants. | Civil Action No. 3:07-cv-06020<br><br>**PROPOSED CONSENT ORDER FOR PRO HAC VICE ADMISSIONS** |

ME1 7108520v.2

This matter having been opened to the Court by McCarter & English, LLP, attorneys for plaintiffs Astrazeneca Pharmaceuticals LP, Astrazeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha ("Plaintiffs"), Andrew T. Berry appearing, for an Order, pursuant to Local Civil Rule 101.1(c), allowing Ford F. Farabow, Jr., Charles E. Lipsey, York M. Faulkner and Mary K. Ferguson of the firm of Finnegan Henderson Farabow Garrett & Dunner, LLP, to appear and participate pro hac vice; counsel for defendants Aurobindo Pharma Limited, and Aurobindo Pharma USA Inc., having consented to the form and entry of this Order; and the Court having considered this matter pursuant to FED. R. CIV. P. 78, and for good cause shown,

IT IS on this _____ day of _____, 2008

ORDERED that:

Ford F. Farabow, Jr., Charles E. Lipsey, York M. Faulkner and Mary K. Ferguson of the firm of Finnegan Henderson Farabow Garrett & Dunner, LLP, 901 New York, Ave., NW, Washington, D.C. 2001-4413, all members in good standing of the Bars that they are admitted be hereby permitted to appear pro hac vice in this action pursuant to Local Civil Rule 101.1(c); however, all pleadings, briefs and other papers filed with the Court on behalf of defendant shall be signed by a member or associate of the firm of McCarter & English, LLP, who shall be responsible for said papers, and for the conduct of the cause, and who shall be present in Court during all phases of these proceedings, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorneys admitted hereby; and it is

FURTHER ORDERED that Ford F. Farabow, Jr., Charles E. Lipsey, York M. Faulkner and Mary K. Ferguson, shall remit to the New Jersey Lawyers' .Fund for Client Protection the annual payment required in accordance with New Jersey Court Rule 1:28-2(a) for each calendar year this matter is pending; and it is

ME1 7108520v.2

FURTHER ORDERED that Ford F. Farabow, Jr., Charles E. Lipsey, York M. Faulkner and Mary K. Ferguson, each pay $150.00 to the Clerk, United States District Court for the District of New Jersey; and it is

FURTHER ORDERED that Ford F. Farabow, Jr., Charles E. Lipsey, York M. Faulkner and Mary K. Ferguson, shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L.Civ.R. 103.1, Judicial Ethics and Professional Responsibility, and L.Civ.R. 104.1, Discipline of Attorneys; and it is

FURTHER ORDERED that Ford F. Farabow, Jr., Charles E. Lipsey, York M. Faulkner and Mary K. Ferguson, shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

Executed: _____, 2008      _____
                                        Honorable John J. Hughes
                                        United States Magistrate Judge