UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, et al., | : : : : | CIVIL ACTION NO. 07-6020 (MLC) |
| Plaintiffs, | : : | **O R D E R** |
| v. | : : | |
| AUROBINDO PHARMA LIMITED, et al., | : : : | |
| Defendants. | : : | |

**IT APPEARING** that a motion pursuant to 28 U.S.C. § 1407 to transfer this action is pending before the United States Judicial Panel on Multidistrict Litigation ("Panel"), see In re: Rosuvastatin Calcium Patent Litig., MDL No. 1949, 3-17-08 Notification; and the Court having the inherent power to control the docket, Landis v. N. Am. Co., 299 U.S. 248, 254 (1936), Rolo v. Gen. Dev. Corp., 949 F.2d 695, 702 (3d Cir. 1991); and the Court determining that the interests of judicial economy will be best served by staying this action pending the final outcome of the proceedings before the Panel; and for good cause appearing;

**IT IS THEREFORE** on this       26th       day of March, 2008 **ORDERED** that — with the exception of the pending motions to seal (dkt. entry nos. 25 & 34), which shall remain within the province of the Magistrate Judge — all further proceedings in this action, including but not limited to the submission of any new or additional motions or briefing and the submission of any further pleadings or answers, are **STAYED** pending the final outcome of the proceedings before the United States Judicial Panel on Multidistrict Litigation; and

**IT IS FURTHER ORDERED** that the defendants' motion to dismiss (dkt. entry no. 6) is **DENIED WITHOUT PREJUDICE,** and with leave to move again when the stay is lifted; and

**IT IS FURTHER ORDERED** that the plaintiffs' cross motion to stay (dkt. entry no. 20) is **DENIED WITHOUT PREJUDICE AS MOOT.**

      s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge