Arnold B. Calmann (abc@saiber.com)
Jane Jhun (jj@saiber.com)
**SAIBER LLC**
One Gateway Center
13th Floor
Newark, NJ 07102-5311
Tel: 973.622.3333
Fax: 973.622.3349

Of Counsel:
Jeffrey S. Ward (jsward@michaelbest.com)
Thomas P. Heneghan (tpheneghan@michalbest.com)
Shane A. Brunner (sabrunner@michaelbest.com)
Edward J. Pardon (ejpardon@michaelbest.com)
**MICHAEL BEST & FRIEDRICH LLP**
One South Pinckney Street
P.O. Box 1806
Madison, WI 53701-1806
Tel: 608.257.3501
Fax: 608.283.2275

Attorneys for Defendants
Aurobindo Pharma Limited and
Aurobindo Pharma USA, Inc.

RECEIVED
APR 0 8 2008
AT 8:30
WILLIAM T. WALSH
CLERK

### THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>AUROBINDO PHARMA LIMITED, and AUROBINDO PHARMA USA, INC.,<br><br>Defendants. | Case No. 07-CV-06020 (MLC)(JJH)<br><br>**ORDER TO SEAL**<br><br>**Motion Date: April 7, 2008**<br><br>*DOCUMENT ELECTRONICALLY FILED* |

**THIS MATTER** having been opened to the Court by Defendants Aurobindo Pharma

{00519705.DOC}

Limited ("Aurobindo India") and Aurobindo Pharma USA, Inc. ("Aurobindo USA"), by and through their attorneys, SAIBER LLC and MICHAEL BEST & FRIEDRICH LLP, in connection with their Motion to Seal pursuant to Local Civil Rule 5.3(c) Exhibit A of the March 14, 2008 Declaration of Edward J. Pardon in Support of Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction, and the Court having considered the papers submitted by Defendants in support of the within Motion, ~~and any papers submitted by Plaintiffs herein in opposition thereto, and the Court having considered oral~~ *and no opposition having been filed* ~~argument of the parties, if any~~; and having found that the standards of Local Civil Rule 5.3(c) have been met and support the sealing of the foregoing documents, testimony and information, and for the reasons set forth in the record of the proceedings, and for other and good cause having been shown,

IT IS on this 7th day of April 2008;

**ORDERED** that Defendants' Motion pursuant to Local Civil Rule 5.3(c) to Seal the subject documents, information and testimony be and the same is hereby granted; and it is further

**ORDERED**, that said documents, information and testimony shall be sealed and shall be filed **UNDER SEAL** with this Court.

*No opposition to intervention received*

_____
HONORABLE JOHN J. HUGHES
UNITED STATES MAGISTRATE JUDGE

- 2 -