**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA, | Civil Action No. 3:07-cv-06020-MLC-JJH |

ASTRAZENECA PHARMACEUTICALS : Civil Action No. 3:07-cv-06020-MLC-JJH
LP, ASTRAZENECA UK LIMITED, IPR :
PHARMACEUTICALS, INC., and :
SHIONOGI SEIYAKU KABUSHIKI :
KAISHA, :
                            :  ORDER
        Plaintiffs,          :
                            : **RECEIVED**
vs.                          :
                            : APR 0 8 2008
AUROBINDO PHARMA LIMITED, and :
AUROBINDO PHARMA USA INC.    : AT 8:30_____M
                            : WILLIAM T. WALSH
        Defendants.          : CLERK

Upon Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha's ("Plaintiffs'") application for the entry of an Order, pursuant to Local Civil Rule 5.3(c), providing for the sealing of the Exhibits 1-4 to the Declaration of Jonathan M. H. Short and Plaintiffs' Opposition Brief, all submitted in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss filed on March 7, 2008, and the Court having considered the papers submitted in support of this Motion, the Court hereby finds:

1.    Through discovery in this case, the parties have produced confidential information, the public disclosure of which could affect legitimate business interests. To protect the confidentiality of this information, the parties agreed to maintain the confidentiality of any produced materials pursuant an agreement between the parties (the "Agreement").

ME1 7107480v.1

2.    The Agreement provides that a party wishing to use material designated "Highly Confidential/Attorneys' Eyes Only" in a submission filed with the Court must move pursuant to Local Rule 5.3 for leave to file the submission under seal.

3.    Plaintiffs have filed Plaintiffs' Brief in Opposition to Defendants' Motion to Dismiss and accompanying exhibits on March 7, 2008. These documents are referred to herein as the "Confidential Materials."

4.    The Confidential Materials contains information that has been designated as "Highly Confidential/Attorneys Eyes Only" or otherwise "Confidential" by Defendants as well as information that is already subject to the Order to Seal entered by the Court on March 5, 2008 (Docket No. 23).

5.    Plaintiffs have complied with the terms of the Agreement by moving to seal the Confidential Materials pursuant to L.Civ.R. 5.3(c).

6.    The information in the Confidential Materials satisfies the standards set forth in L.Civ.R. 5.3. The public release of this material, which includes confidential and proprietary business information would greatly harm the Defendants' competitive and business interests. There is no less restrictive alternative to the sealing of this material.

THEREFORE, it is this 7th day of April, 2008

ORDERED that Motion to Seal Pursuant to Local Rule 5.3 is hereby granted; and

IT IS FURTHER ORDERED that the Clerk is hereby directed to seal the Confidential Materials.

*No opposition on environmental records*

_____
Honorable John J. Hughes
United States Magistrate Judge

*No opposition.*

2

ML1 7107480v.1