# U.S. District Court
## District of New Jersey [LIVE] (Trenton)
### CIVIL DOCKET FOR CASE #: 3:07−cv−06020−MLC−JJH

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP et al v. AUROBINDO PHARMA LIMITED, INC. et al<br>Assigned to: Judge Mary L. Cooper<br>Referred to: Magistrate Judge John J. Hughes<br>Cause: 35:271 Patent Infringement | Date Filed: 12/18/2007<br>Date Terminated: 06/18/2008<br>Jury Demand: Defendant<br>Nature of Suit: 830 Patent<br>Jurisdiction: Federal Question |

**Plaintiff**

**ASTRAZENECA PHARMACEUTICALS LP**     represented by     **ANDREW T. BERRY**
MCCARTER &ENGLISH, LLP
FOUR GATEWAY CENTER
100 MULBERRY STREET
PO BOX 652
NEWARK, NJ 07101−0652
(973) 622−4444
Email: aberry@mccarter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JONATHAN M.H. SHORT**
MCCARTER &ENGLISH, LLP
FOUR GATEWAY CENTER
100 MULBERRY STREET
PO BOX 652
NEWARK, NJ 07102−0652
(973) 622−4444
Email: jshort@mccarter.com
*ATTORNEY TO BE NOTICED*

**MARK H. ANANIA**
MCCARTER &ENGLISH, LLP
FOUR GATEWAY CENTER
100 MULBERRY STREET
PO BOX 652
NEWARK, NJ 07102−0652
(973) 848−5302
Email: manania@mccarter.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ASTRAZENECA UK LIMITED**     represented by     **ANDREW T. BERRY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JONATHAN M.H. SHORT**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **MARK H. ANANIA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**IPR PHARMACEUTICALS, INC.**     represented by  **ANDREW T. BERRY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **JONATHAN M.H. SHORT**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **MARK H. ANANIA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SHIONOGI SEIYAKU KABUSHIKI KAISHA**     represented by  **ANDREW T. BERRY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **JONATHAN M.H. SHORT**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **MARK H. ANANIA**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AUROBINDO PHARMA LIMITED, INC.**     represented by  **ARNOLD B. CALMANN**
SAIBER LLC
ONE GATEWAY CENTER
13TH FLOOR
NEWARK, NJ 07102−5311
(973) 622−3333
Email: abc@saiber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **JANE JHUN**
SAIBER LLC
ONE GATEWAY CENTER
NEWARK, NJ 07102
(973) 622−3333
Email: jj@saiber.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**AUROBINDO PHARMA USA INC.**  represented by  **ARNOLD B. CALMANN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JANE JHUN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**AUROBINDO PHARMA LIMITED, INC.**  represented by  **ARNOLD B. CALMANN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JANE JHUN**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**ASTRAZENECA PHARMACEUTICALS LP**  represented by  **ANDREW T. BERRY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**ASTRAZENECA UK LIMITED**  represented by  **ANDREW T. BERRY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**IPR PHARMACEUTICALS, INC.**  represented by  **ANDREW T. BERRY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**SHIONOGI SEIYAKU KABUSHIKI KAISHA**  represented by  **ANDREW T. BERRY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |

| | | |
|---|---|---|
| 12/18/2007 | Ï 1 | COMPLAINT against AUROBINDO PHARMA LIMITED, INC., AUROBINDO PHARMA USA INC. ( Filing fee $ 350 receipt number 1783945.), filed by ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., SHIONOGI SEIYAKU KABUSHIKI KAISHA.(Attachments: #1 RULE 7.1)(jh) (Entered: 12/20/2007) |
| 12/20/2007 | Ï 2 | Summons Issued as to AUROBINDO PHARMA LIMITED, INC., AUROBINDO PHARMA USA INC..Days Due – 20. MAILED TO ATTORNEY (jh) (Entered: 12/20/2007) |
| 12/20/2007 | Ï 3 | AO120 Patent/Trademark Form filed. (jh) (Entered: 12/20/2007) |
| 01/31/2008 | Ï 4 | *Defendant Aurobindo Pharma Limited's* ANSWER to Complaint, COUNTERCLAIM against ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., SHIONOGI SEIYAKU KABUSHIKI KAISHA by AUROBINDO PHARMA LIMITED, INC.. (Attachments: #1 Certificate of Service)(CALMANN, ARNOLD) (Entered: 01/31/2008) |
| 01/31/2008 | Ï 5 | Corporate Disclosure Statement by AUROBINDO PHARMA LIMITED, INC., AUROBINDO PHARMA USA INC. identifying Aurobindo Pharma Limited as Corporate Parent.. (CALMANN, ARNOLD) (Entered: 01/31/2008) |
| 01/31/2008 | Ï 6 | MOTION to Dismiss for Lack of Jurisdiction by AUROBINDO PHARMA LIMITED, INC., AUROBINDO PHARMA USA INC.. (Attachments: #1 Text of Proposed Order, #2 Certificate of Service)(CALMANN, ARNOLD) (Entered: 01/31/2008) |
| 01/31/2008 | Ï 7 | DECLARATION of Dr. S. Padmaja re 6 MOTION to Dismiss for Lack of Jurisdiction by AUROBINDO PHARMA LIMITED, INC., AUROBINDO PHARMA USA INC.. (Attachments: #1 Brief IN SUPPORT OF MOTION TO DISMISS)(CALMANN, ARNOLD) (Entered: 01/31/2008) |
| 01/31/2008 | Ï 8 | MOTION to Seal by AUROBINDO PHARMA LIMITED, INC., AUROBINDO PHARMA USA INC.. (Attachments: #1 Brief, #2 Declaration of Gilberto Espinoza, Esq., #3 Text of Proposed Order, #4 Certificate of Service)(CALMANN, ARNOLD) (Entered: 01/31/2008) |
| 02/01/2008 | Ï 9 | STATEMENT *of Proposed Findings of Fact and Conclusions of Law in Support of Defendants' Motion to Seal Dr. Padmaja's Declaration and Portions of Defendants' Brief* by AUROBINDO PHARMA LIMITED, INC., AUROBINDO PHARMA USA INC.. (CALMANN, ARNOLD) (Entered: 02/01/2008) |
| 02/01/2008 | Ï | Set Deadlines as to 6 MOTION to Dismiss for Lack of Jurisdiction. Motion Hearing set for 3/3/2008 before Judge Mary L. Cooper. (PLEASE NOTE THAT PURSUANT TO FED. R. CIV. P. 78 AND LOCAL RULE 7.1(B)(4), NO ORAL ARGUMENT WILL BE HELD IN THIS MATTER AND PARTIES SHOULD NOT APPEAR UNLESS SPECIFICALLY DIRECTED TO DO SO BY THE COURT.) (lt) (Entered: 02/01/2008) |
| 02/01/2008 | Ï | Set Deadlines as to 8 MOTION to Seal. Motion Hearing set for 3/3/2008 before Magistrate Judge John J. Hughes. (PLEASE NOTE THAT |

|            |        |                                                                                                                                                                                                                                                                                                                                       |
|------------|--------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |        | PURSUANT TO FED. R. CIV. P. 78 AND LOCAL RULE 7.1(B)(4), NO ORAL ARGUMENT WILL BE HELD IN THIS MATTER AND PARTIES SHOULD NOT APPEAR UNLESS SPECIFICALLY DIRECTED TO DO SO BY THE COURT.) (Entered: 02/01/2008)                                                                                                                          |
| 02/01/2008 | Ï 10   | NOTICE of Appearance by JANE JHUN on behalf of AUROBINDO PHARMA LIMITED, INC., AUROBINDO PHARMA USA INC. (JHUN, JANE) (Entered: 02/01/2008)                                                                                                                                                                                             |
| 02/06/2008 | Ï 11   | NOTICE of Hearing: Initial Conference set for 3/25/2008 @10:00AM in Trenton – Courtroom 6W before Magistrate Judge John J. Hughes. (Attached: Instructions, Joint Discovery Plan)(dg, ) (Entered: 02/06/2008)                                                                                                                           |
| 02/12/2008 | Ï 12   | NOTICE of Appearance by JONATHAN M.H. SHORT on behalf of ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., SHIONOGI SEIYAKU KABUSHIKI KAISHA (SHORT, JONATHAN) (Entered: 02/12/2008)                                                                                                                    |
| 02/13/2008 | Ï 13   | APPLICATION/PETITION for Pro Hac Admission for by AUROBINDO PHARMA LIMITED, INC., AUROBINDO PHARMA USA INC.. (Attachments: # 1 Affidavit of Jeffrey S. Ward, # 2 Affidavit of Thomas P. Heneghan, # 3 Affidavit of Edward J. Pardon, # 4 Text of Proposed Order)(CALMANN, ARNOLD) (Entered: 02/13/2008)                                  |
| 02/14/2008 | Ï 14   | Rule 7.1 Letter for extension of return date re 6 MOTION to Dismiss for Lack of Jurisdiction filed by ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., SHIONOGI SEIYAKU KABUSHIKI KAISHA. (BERRY, ANDREW) (Entered: 02/14/2008)                                                                         |
| 02/14/2008 | Ï 15   | Application and Proposed Order for Clerk's Order to extend time to answer as to AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha.. (BERRY, ANDREW) (Entered: 02/14/2008)                                                                                         |
| 02/15/2008 | Ï      | Reset Deadlines as to 6 MOTION to Dismiss for Lack of Jurisdiction. Motion Hearing set for 3/17/2008 before Judge Mary L. Cooper. (PLEASE NOTE THAT PURSUANT TO FED. R. CIV. P. 78 AND LOCAL RULE 7.1 (B)(4), NO ORAL ARGUMENT WILL BE HELD IN THIS MATTER AND PARTIES SHOULD NOT APPEAR UNLESS SPECIFICALLY DIRECTED TO DO SO BY THE COURT) (ss, ) (Entered: 02/15/2008) |
| 02/15/2008 | Ï      | Clerk's text Order granting 15 Application to extend time to answer as to ASTRAZENECA PHARMACEUTICALS LP answer due 3/6/2008; ASTRAZENECA UK LIMITED answer due 3/6/2008; IPR PHARMACEUTICALS, INC. answer due 3/6/2008; SHIONOGI SEIYAKU KABUSHIKI KAISHA answer due 3/6/2008. (ss, ) (Entered: 02/15/2008)                               |
| 02/15/2008 | Ï 16   | ORDER granting pro hac vice admission of JEFFREY S. WARD, ESQ., and THOMAS P. HENEGHAN, ESQ. Signed by Magistrate Judge John J. Hughes on 2/14/2008. (ss, ) (Entered: 02/15/2008)                                                                                                                                                        |
| 02/25/2008 | Ï      | Pro Hac Vice fee: for Jeffrey S. Ward, Esq., Thomas P. Heneghan, Esq. and Edward J. Pardon, Esq. $ 450, receipt number 363416 (lk) (Entered:                                                                                                                                                                                             |

| | | |
|---|---|---|
| | | 02/25/2008) |
| 02/26/2008 | Ï 17 | Notice of Request by Pro Hac Vice Edward J. Pardon to receive Notices of Electronic Filings. (CALMANN, ARNOLD) (Entered: 02/26/2008) |
| 02/26/2008 | Ï 18 | Notice of Request by Pro Hac Vice Thomas P. Heneghan to receive Notices of Electronic Filings. (CALMANN, ARNOLD) (Entered: 02/26/2008) |
| 02/26/2008 | Ï 19 | Notice of Request by Pro Hac Vice Jeffrey S. Ward to receive Notices of Electronic Filings. (CALMANN, ARNOLD) (Entered: 02/26/2008) |
| 02/28/2008 | Ï 20 | MOTION to Stay by ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., SHIONOGI SEIYAKU KABUSHIKI KAISHA. (Attachments: # 1 Brief, # 2 Declaration of Jonathan M.H. Short and Exhibits 1–3, # 3 Text of Proposed Order)(BERRY, ANDREW) (Entered: 02/28/2008) |
| 02/29/2008 | Ï | Set Deadlines as to 20 MOTION to Stay. Motion Hearing set for 4/7/2008 before Magistrate Judge John J. Hughes. (PLEASE NOTE THAT PURSUANT TO FED. R. CIV. P. 78 AND LOCAL RULE 7.1 (B)(4), NO ORAL ARGUMENT WILL BE HELD IN THIS MATTER AND PARTIES SHOULD NOT APPEAR UNLESS SPECIFICALLY DIRECTED TO DO SO BY THE COURT) (ss, ) (Entered: 02/29/2008) |
| 03/03/2008 | Ï | Minute Entry for proceedings held before Magistrate Judge John J. Hughes: Discovery Hearing held on 3/3/2008. (dg, ) (Entered: 03/28/2008) |
| 03/04/2008 | Ï 21 | NOTICE of Appearance by MARK H. ANANIA on behalf of ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., SHIONOGI SEIYAKU KABUSHIKI KAISHA (ANANIA, MARK) (Entered: 03/04/2008) |
| 03/05/2008 | Ï 22 | ORDER resetting certain briefing schedule. Signed by Magistrate Judge John J. Hughes on 3/5/08. (ij, ) (Entered: 03/05/2008) |
| 03/05/2008 | Ï 23 | ORDER granting 8 Motion to Seal. Signed by Magistrate Judge John J. Hughes on 3/3/08. (ij, ) (Entered: 03/05/2008) |
| 03/06/2008 | Ï 24 | ANSWER to Counterclaim by ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., SHIONOGI SEIYAKU KABUSHIKI KAISHA.(BERRY, ANDREW) (Entered: 03/06/2008) |
| 03/07/2008 | Ï 25 | MOTION to Seal by ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., SHIONOGI SEIYAKU KABUSHIKI KAISHA. (Attachments: # 1 Brief, # 2 Declaration of Mark H. Anania, # 3 Text of Proposed Order)(BERRY, ANDREW) (Entered: 03/07/2008) |
| 03/07/2008 | Ï 26 | BRIEF in Opposition re 6 MOTION to Dismiss for Lack of Jurisdiction filed by ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., SHIONOGI SEIYAKU KABUSHIKI KAISHA. (BERRY, ANDREW) (Entered: 03/07/2008) |
| 03/07/2008 | Ï 27 | |

| | | |
|---|---|---|
| | | DECLARATION of JONATHAN M.H. SHORT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS re 26 Brief in Opposition to Motion by ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., SHIONOGI SEIYAKU KABUSHIKI KAISHA. (BERRY, ANDREW) (Entered: 03/07/2008) |
| 03/07/2008 | Ï 28 | Exhibit to ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., SHIONOGI SEIYAKU KABUSHIKI KAISHA Re 27 Declaration,. (BERRY, ANDREW) (Entered: 03/07/2008) |
| 03/07/2008 | Ï 29 | Certification of Service on behalf of ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., SHIONOGI SEIYAKU KABUSHIKI KAISHA Re 27 Declaration, 28 Exhibit to Affidavit/Declaration/Certification, 26 Brief in Opposition to Motion. (BERRY, ANDREW) (Entered: 03/07/2008) |
| 03/07/2008 | Ï 30 | BRIEF in Opposition re 20 MOTION to Stay filed by AUROBINDO PHARMA LIMITED, INC., AUROBINDO PHARMA USA INC.. (Attachments: # 1 Declaration of Edward J. Pardon, Esq., # 2 Exhibit A to Declaration of Edward J. Pardon, # 3 Certificate of Service)(CALMANN, ARNOLD) (Entered: 03/07/2008) |
| 03/10/2008 | Ï | Set Deadlines as to 25 MOTION to Seal. Motion Hearing set for 4/7/2008 before Magistrate Judge John J. Hughes. (PLEASE NOTE THAT PURSUANT TO FED. R. CIV. P. 78 AND LOCAL RULE 7.1 (B)(4), NO ORAL ARGUMENT WILL BE HELD IN THIS MATTER AND PARTIES SHOULD NOT APPEAR UNLESS SPECIFICALLY DIRECTED TO DO SO BY THE COURT) (ss, ) (Entered: 03/10/2008) |
| 03/14/2008 | Ï 31 | REPLY to Response to Motion re 20 MOTION to Stay filed by ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., SHIONOGI SEIYAKU KABUSHIKI KAISHA. (Attachments: # 1 Declaration of Jonathan M.H. Short with Exhibits A and B, # 2 Certificate of Service)(BERRY, ANDREW) (Entered: 03/14/2008) |
| 03/14/2008 | Ï 32 | REPLY to Response to Motion re 6 MOTION to Dismiss for Lack of Jurisdiction filed by AUROBINDO PHARMA LIMITED, INC., AUROBINDO PHARMA USA INC.. (Attachments: # 1 Declaration of Edward J. Pardon, Esq., # 2 Certificate of Service)(CALMANN, ARNOLD) (Entered: 03/14/2008) |
| 03/14/2008 | Ï 33 | Exhibit to AUROBINDO PHARMA LIMITED, INC., AUROBINDO PHARMA USA INC. Re 32 Reply to Response to Motion,. (CALMANN, ARNOLD) (Entered: 03/14/2008) |
| 03/14/2008 | Ï 34 | MOTION to Seal Document 33 Exhibit to Affidavit/Declaration/Certification by AUROBINDO PHARMA LIMITED, INC., AUROBINDO PHARMA USA INC.. (Attachments: # 1 Brief in support of motion to seal Exhibit A of Pardon Declaration, # 2 Statement of Proposed Findings of Fact and Proposed Findings of Law, # 3 Declaration of Edward J. Pardon in support of Motion to Seal, # 4 Text of Proposed Order, # 5 Certificate of Service)(CALMANN, ARNOLD) |

| | | |
|---|---|---|
| | | (Entered: 03/14/2008) |
| 03/14/2008 | Ï | Setting Deadlines as to 34 MOTION to Seal Document 33 Exhibit to Affidavit/Declaration/Certification MOTION to Seal Document 33 Exhibit to Affidavit/Declaration/Certification. Motion Hearing set for 4/7/2008 10:00 AM in Trenton – Courtroom 6W before Magistrate Judge John J. Hughes. (PLEASE NOTE THAT PURSUANT TO FED. R. CIV. P. 78 AND LOCAL RULE 7.1(B)(4), NO ORAL ARGUMENT WILL BE HELD IN THIS MATTER AND PARTIES SHOULD NOT APPEAR UNLESS SPECIFICALLY DIRECTED TO DO SO BY THE COURT.) (mmh) (Entered: 03/17/2008) |
| 03/20/2008 | Ï | NOTICE TO COUNSEL: The Initial Scheduling Conference of 3/25/08 will be held by TELEPHONE @10:00am ; Counsel for Plaintiff is requested to arrange the phone call. (dg, ) (Entered: 03/20/2008) |
| 03/20/2008 | Ï 35 | Certification of of Andrew T. Berry in Support of Application for Pro Hac Vice Admissions on behalf of ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., SHIONOGI SEIYAKU KABUSHIKI KAISHA. (Attachments: # 1 Certification of Ford F. Farabow, Jr., # 2 Certification of Charles E. Lipsey, # 3 Certification of York M. Faulkner, # 4 Certification of Mary K. Ferguson, # 5 Text of Proposed Order)(BERRY, ANDREW) (Entered: 03/20/2008) |
| 03/25/2008 | Ï | Minute Entry for proceedings held before Magistrate Judge John J. Hughes: Scheduling Conference held on 3/25/2008. (dg, ) (Entered: 03/31/2008) |
| 03/26/2008 | Ï 36 | ORDER denying without prejudice as moot 20 Motion to Stay; denying without prejudice 6 Motion to Dismiss for Lack of Jurisdiction. Signed by Judge Mary L. Cooper on 3/26/2008. (tp ) (Entered: 03/26/2008) |
| 04/08/2008 | Ï 37 | ORDER granting 34 Motion to Seal Document. Signed by Magistrate Judge John J. Hughes on 4/7/08. (ij, ) (Entered: 04/09/2008) |
| 04/08/2008 | Ï 38 | ORDER granting 25 Motion to Seal. Signed by Magistrate Judge John J. Hughes on 4/7/08. (ij, ) (Entered: 04/10/2008) |
| 06/18/2008 | Ï 39 | Certified Copy of MDL Panel Order transferring case to US District Court for the Middle District of Florida. (lk) (Entered: 06/19/2008) |