# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha, <br><br>    Plaintiffs, <br>           v. <br><br>Aurobindo Pharma USA Inc., and Aurobindo Pharma Limited Inc., <br><br>    Defendants. | Civ. No. 08-359-JJF |

## ENTRY OF APPEARANCE OF MARY W. BOURKE

Please enter the appearance of Mary W. Bourke on behalf of Plaintiffs, AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha, in the above-captioned civil action.

Dated: July 25, 2008

Respectfully Submitted:

  _/s/ Mary W. Bourke_
Mary W. Bourke (#2356)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone:  (302) 658-9141
Facsimile:  (302) 658-5614
mbourke@cblh.com

620703