IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ROSUVASTATIN CALCIUM PATENT LITIGATION | : MDL No. 08-1949 |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA, | : : : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 08-359-JJF-LPS : |
| AUROBINDO PHARMA LIMITED, and AUROBINDO PHARMA USA INC., | : : : |
| Defendants. | : |

### O R D E R

WHEREAS, the above-captioned case was recently transferred from the District of New Jersey, Newark Division as a related matter in the Multidistrict Litigation, <u>In Re Rosuvastatin Calcium Patent Litigation</u>, MDL 08-1949 which has been assigned to Magistrate Judge Stark for pretrial management;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Magistrate Judge shall hear and resolve all pretrial matters, up to and including the pretrial conference, subject to 28 U.S.C. § 636(b) and any further Order of the Court.

2. All subsequent filings in this action shall be captioned consistently with the caption used for this Order.

<u>August 8, 2008</u>  
DATE

*[signature: Joseph J. Farnan, Jr.]*  
UNITED STATES DISTRICT JUDGE